In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-25-00415-CV
_____

MANUEL J. GARCIA, MARY ADELA GARCIA,
ALSON CHARLES GARCIA, DOROTHY FRANCES GARCIA
AND MANUEL GARCIA, Appellants

V.

LOWER NECHES VALLEY AUTHORITY, Appellee

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 25CCCV0301

## MEMORANDUM OPINION

Manuel J. Garcia, Mary Adela Garcia, Alson Charles Garcia, Dorothy Frances Garcia and Manuel Garcia, Appellants, and Lower Neches Valley Authority, Appellee, filed a Joint Motion to Dismiss Appeal. *See* Tex. R. App. P. 42.1(a)(1).

1

The parties filed the motion before the appellate court issued a decision in the appeal.

We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 15, 2026
Opinion Delivered April 16, 2026

Before Golemon, C.J., Johnson and Wright, JJ.